**Salar Atrizadeh, Esq. (SBN: 255659)**
LAW OFFICES OF SALAR ATRIZADEH
9701 Wilshire Blvd., 10th Floor
Beverly Hills, CA 90212
Telephone:  310-694-3034
Facsimile:   310-694-3057
Email:       salar@atrizadeh.com
Website:    www.atrizadeh.com

Attorneys for Plaintiff
NATASHA THOMPSON

**DENIED**

BY ORDER OF THE COURT

02-21-12  SJO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA THOMPSON, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>TERESA ARASHEBEN, an individual, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.: 2:12-cv-00316-SJO (MANx)<br><br><br><br>**PROPOSED ORDER** |

1

_____

**PROPOSED ORDER**

1

2

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

3

4

5

6

7

8

9

10

Plaintiff's ex parte motion for limited expedited discovery accompanied by the memorandum of points and authorities and declaration in support thereof, came on for hearing before this Court on February ____, 2012 at _____ a.m., in Courtroom 580 of the above entitled Court, the Honorable Margaret A. Nagle presiding.  The appearances were waived by the Court as noted on the record.  After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, and with good cause appearing, rules as follows:

11

The Motion is **GRANTED.**

12

13

**IT IS HEREBY ORDERED THAT:**

14

15

1. Plaintiff shall be permitted to propound the requests for production of documents, demand for inspection, deposition notice(s), and subpoenas against Defendant(s); and

16

17

2. Defendant(s) shall complete the requests for production of documents, demand for inspection, deposition(s) and subpoenas within 30 days of the date of service.

18

19

                                        **UNITED STATES DISTRICT COURT**

20

21

22

                                       _____

                                         MARGARET A. NAGLE
                                         U.S. MAGISTRATE JUDGE

23

24

25

26

27

28

_____

**PROPOSED ORDER**